## Dulin, Appellant, *v.* Dulin.

Argued November 8, 1965. *Guy L. Warman,* with him *Eunice*

716

*L. Ross,* and *Metz, Cook, Hanna & Kelly,* for appellant; *Francis A. Muracca,* for appellee.

PER CURIAM: Decree affirmed. Having made an independent study of the entire record, we are of the opinion that the court below properly refused a decree in divorce a.v.m. in this case.

FLOOD, J., absent.